IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEANDRA SANSEVERE<br><br>    Plaintiff<br><br>v.<br><br>KEB HANA BANK NATIONAL<br>ASSOCIATION, et al.<br><br>    Defendants | 3:18-CV-2163<br>(JUDGE MARIANI) |

## ORDER

**AND NOW, THIS 24TH DAY OF MAY, 2019**, upon review of Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 18) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 18) is **ADOPTED** for the reasons stated therein.[1]

2. Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to comply with the Court's Orders, for failure to prosecute this action, and as moot.

3. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge

---

[1] The Court has conducted an analysis of the *Poulis* factors and finds that the application of those factors further supports the dismissal with prejudice of this action. *See Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).